UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KURT SCOTT,

                                      Plaintiff,

                    -against-

CITY OF NEW YORK, ET AL.,

                                      Defendants.

No. 19-CV-6289 (JPO)

ORDER TO PRODUCE INMATE
FOR REMOTE VIDEO
DEPOSITION

------------------------------------------------------------------------ x

**J. PAUL OETKEN**
**UNITED STATES DISTRICT JUDGE**

        The Superintendent or other official in charge of Rikers Island Correctional Facility, located in East Elmhurst, New York, shall produce inmate Kurt Scott, B&C No. 9801900065, to an appropriate place within the facility with video conference capabilities, designated by the Superintendent or other official in charge, to participate in a remote video deposition with the parties, at a date and time to be determined.

        Upon receipt of this Order, counsel for the Office of the Corporation Counsel of the City of New York shall transmit this Order to the Superintendent or other official in charge of the facility.  Counsel for Defendants shall also ascertain the phone number at which Plaintiff can be reached for this video conference.

        **SO ORDERED**.

Dated:      New York, New York
                 February 10        , 2021

                                                                 J. PAUL OETKEN
                                                        United States District Judge