**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KURT SCOTT,

                      Plaintiff,

-against-                                          19 **CIVIL** 6289 (JPO)

                                                                    **JUDGMENT**

CITY OF NEW YORK, et al.,

                      Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 22, 2022, Defendants' motion for summary judgment is GRANTED and Scott's cross-motion for partial summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       March 22, 2022

                                                                     **RUBY J. KRAJICK**

                                                                      Clerk of Court

                                          **BY:**   *K. Mango*

                                                                      **Deputy Clerk**